## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIELA BURGA,** *Plaintiff,* v. **UNIFIRST CORP., et al.,** *Defendants.* | **Civil Action No. 20-10849(MCA)** **ORDER** |

**THIS MATTER** comes before the Court by way of plaintiff's motion to remand this case to state court, ECF No. 6;

and it appearing that Judge Wettre issued a Report and Recommendation dated December 3, 2020, in which Judge Wettre recommended that this Court grant Plaintiff's motion to remand, ECF. No. 16; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 4th day of February, 2021,

**ORDERED** that Judge Wettre's Report and Recommendation dated December 3, 2020, is **ADOPTED** and Plaintiff's motion to remand ECF. NO. 6 is **GRANTED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**